ALONZO P. HOUSE *versus* SIMEON P. McKENNEY.

One who had lost by betting, and had demanded his money of the stake-holder, who still held it and refused to restore it to him, may recover the same with interest from the date of the demand.

FACTS AGREED.

The plaintiff and one Hamilton placed in the hands of the defendant, each one hundred dollars, to abide the result of a horse race; the defendant to pay the two hundred dollars to the party who should win the bet. Hamilton, having won, demanded of the defendant the two hundred dollars, who declined to pay him more than one hundred dollars, the plaintiff having notified him not to pay to Hamilton the sum he deposited, and having demanded the same of him. The defendant refusing to restore the one hundred dollars to the plaintiff, he brought this action to recover it.

*Goodwin & Fales,* for the defendant, contended that if the facts set forth show a wager, which by the law then in force was illegal, yet the act intended by the statute to be prohibited, to wit, the racing of horses for money or on a bet, having been accomplished, it would not be within the spirit and intent of the statute to maintain this action.

The better law, applicable to such a case, is that of *Yates* v. *Foot,* 12 Johns. 1; *McKeon* v. *Caherty,* 3 Wend. 494.

The plaintiff can only recover by aid of chapter 35, of the Revised Statutes of 1841.

If the case is not upheld by that statute, the plaintiff cannot prevail, and must abide by the terms of his contract. *Marean* v. *Longley,* 21 Maine, 28.

But if the action, in its commencement, could have been maintained under chapter 35, yet that statute is now repealed and no similar statute has taken its place, and, in the absence of statutory enactment to uphold the suit, the plaintiff cannot recover. *Bangor* v. *Goding & al.,* 35 Maine, 73.

*Luques,* for plaintiff.

BY THE COURT.—Defendant to be defaulted. Judgment to be for one hundred dollars, and interest from the date of the writ,—it not appearing how long before that date the demand was made.